1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
   Jeff Arlitz, Esq.
3  Nevada Bar No. 006558
   5532 South Fort Apache Road, Suite 110
4  Las Vegas, NV 89148
5  (702) 475-7964; Fax: (702) 946-1345
   jarlitz@wrightlegal.net
6  *Attorneys for Defendants,*
7  *OneWest Bank, FSB,*
   *Mortgage Electronic Registration Systems, Inc.*
8  *and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of*
   *the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates,*
9  *Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004*
10

11                           UNITED STATES DISTRICT COURT
12                                  DISTRICT OF NEVADA
13

14 | ERIN QUATRALE, an individual              | Case No.:  2:12-cv-00387
15 |                                            |
   |     Plaintiff,                             |
16 |                                            | **STIPULATION AND ORDER OF**
   | vs.                                        | **DISMISSAL WITH PREJUDICE**
17 |                                            |
18 | ONEWEST BANK, FSB, d/b/a INDYMAC           |
   | MORTGAGE SERVICES; MTDS, INC., a           |
19 | California Corporation d/b/a MERIDIAN      |
   | TRUST DEED SERVICE and also d/b/a          |
20 | MERIDIAN FORECLOSURE SERVICE;              |
   | MORTGAGE ELECTRONIC                        |
21 | REGISTRATION SYSTEMS, INC., as             |
22 | nominee for INDYMAC BANK, FSB and/or       |
   | ONEWEST BANK, FSB; DOE                     |
23 | INDIVIDUALS I-X; and ROE                   |
   | CORPORATIONS I-X, inclusive.               |
24 |                                            |
25 |     Defendants.                            |
26

27  DEUTSCHE BANK NATIONAL TRUST
    COMPANY, as Trustee of the IndyMac INDX
28  Mortgage Loan Trust 2004-AR14, Mortgage

| | |
|---|---|
| 1 | Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement |
| 2 | dated December 1, 2004, by its attorney in fact, OneWest Bank, FSB |
| 3 | Plaintiffs in Intervention, |
| 4 | vs. |
| 5 | |
| 6 | ERIN QUATRALE, an Individual, and DOES I-V, ROES VI-X |
| 7 | Defendant in Intervention. |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant in Intervention, ERIN QUATRALE, ("Quatrale"), through her counsel of record, Erick Ferran, Esq. of Hitzke & Associates and Defendants, ONEWEST BANK, FSB ("OWB"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004, ("DEUTSCHE"), through their counsel of record, Jeff Arlitz, Esq. of Wright, Finlay, & Zak, LLP as follows:

1. That this matter, including any and all claims, counterclaims, and crossclaims that were asserted or that could have been asserted by the Parties against one another shall be dismissed as to all Defendants and the Plaintiff in Intervention with prejudice.

//

//

//

2. That each of the Parties shall bear their own attorneys' fees and costs

DATED this 14th day of January, 2013

| WRIGHT, FINLAY & ZAK | HITZKE & ASSOCIATES |
|---|---|
| *signature* | *signature* |
| Jeff Arlitz, Esq. | Erick M. Ferran, Esq. |
| Nevada Bar No. 6558 | Nevada Bar No. 9554 |
| 5532 South Fort Apache Road, Suite 110 | HITZKE & ASSOCIATES |
| Las Vegas, NV 89148 | 3753 Howard Hughes Parkway, Ste. 200 |
| *Attorneys for Defendants,* | Las Vegas, NV 89169 |
| *OneWest Bank, FSB,* | *Attorney for Erin Quatrale* |
| *Mortgage Electronic Registration Systems,* | |
| *Inc. and Plaintiff in Intervention DEUTSCHE* | |
| *BANK NATIONAL TRUST COMPANY,* | |
| *as Trustee of the IndyMac INDX Mortgage* | |
| *Loan Trust 2004-AR14, Mortgage* | |
| *Pass-Through Certificates, Series* | |
| *2004-AR14 under the Pooling* | |
| *and Servicing Agreement dated December 1, 2004* | |

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter, including any and all claims, counterclaims, or crossclaims that were asserted or could have been asserted by the Parties against one another, is dismissed with prejudice as to Defendants OWB and MERS and Plaintiff in Intervention DEUTSCHE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each of the Parties are to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending dates in this matter that are currently set on this Court's calendar shall be VACATED.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this case is hereby closed.

**IT IS SO ORDERED.**

DATED: January 24, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
WRIGHT, FINLAY & ZAK, LLP

_____
Jeff Arlitz, Esq.
Nevada Bar No. 006558
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*OneWest Bank, FSB,*
*Mortgage Electronic Registration Systems, Inc.*
*and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004*