WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Jeff Arlitz, Esq.
Nevada Bar No. 006558
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
jarlitz@wrightlegal.net
*Attorneys for Defendants,*
*OneWest Bank, FSB,*
*Mortgage Electronic Registration Systems, Inc.*
*and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of*
*the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates,*
*Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN QUATRALE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, d/b/a INDYMAC MORTGAGE SERVICES; MTDS, INC., a California Corporation d/b/a MERIDIAN TRUST DEED SERVICE and also d/b/a MERIDIAN FORECLOSURE SERVICE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for INDYMAC BANK, FSB and/or ONEWEST BANK, FSB; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | Case No.: 2:12-cv-00387<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage | |

Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004, by its attorney in fact, OneWest Bank, FSB

    Plaintiffs in Intervention,

vs.

ERIN QUATRALE, an Individual, and DOES I-V, ROES VI-X

    Defendant in Intervention.

  IT IS HEREBY STIPULATED by and between Plaintiff and Defendant in Intervention, ERIN QUATRALE, ("Quatrale"), through her counsel of record, Erick Ferran, Esq. of Hitzke & Associates and Defendants, ONEWEST BANK, FSB ("OWB"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004, ("DEUTSCHE"), through their counsel of record, Jeff Arlitz, Esq. of Wright, Finlay, & Zak, LLP as follows:

1. That this matter, including any and all claims, counterclaims, and crossclaims that were asserted or that could have been asserted by the Parties against one another shall be dismissed as to all Defendants and the Plaintiff in Intervention with prejudice.

//

//

//

2. That each of the Parties shall bear their own attorneys' fees and costs

DATED this 14th day of January, 2013

| WRIGHT, FINLAY & ZAK | HITZKE & ASSOCIATES |
|---|---|
| *[signature]* | *[signature]* |
| Jeff Arlitz, Esq.<br>Nevada Bar No. 6558<br>5532 South Fort Apache Road, Suite 110<br>Las Vegas, NV 89148<br>*Attorneys for Defendants,*<br>*OneWest Bank, FSB,*<br>*Mortgage Electronic Registration Systems,*<br>*Inc. and Plaintiff in Intervention DEUTSCHE*<br>*BANK NATIONAL TRUST COMPANY,*<br>*as Trustee of the IndyMac INDX Mortgage*<br>*Loan Trust 2004-AR14, Mortgage*<br>*Pass-Through Certificates, Series*<br>*2004-AR14 under the Pooling*<br>*and Servicing Agreement dated December 1, 2004* | Erick M. Ferran, Esq.<br>Nevada Bar No. 9554<br>HITZKE & ASSOCIATES<br>3753 Howard Hughes Parkway, Ste. 200<br>Las Vegas, NV 89169<br>*Attorney for Erin Quatrale* |

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter, including any and all claims, counterclaims, or crossclaims that were asserted or could have been asserted by the Parties against one another, is dismissed with prejudice as to Defendants OWB and MERS and Plaintiff in Intervention DEUTSCHE.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each of the Parties are to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending dates in this matter that are currently set on this Court's calendar shall be VACATED.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this case is hereby closed.

**IT IS SO ORDERED.**

DATED: January 24, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:
WRIGHT, FINLAY & ZAK, LLP

_____
Jeff Arlitz, Esq.
Nevada Bar No. 006558
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*OneWest Bank, FSB,*
*Mortgage Electronic Registration Systems, Inc.*
*and Plaintiff in Intervention DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the IndyMac INDX Mortgage Loan Trust 2004-AR14, Mortgage Pass-Through Certificates, Series 2004-AR14 under the Pooling and Servicing Agreement dated December 1, 2004*